**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARTHA CECILIA MORALES-MALES, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 13-70030 <br><br> Agency No. A087-596-116 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 17, 2013[**]

Before:     GOODWIN, WALLACE, and GRABER, Circuit Judges.

Martha Cecilia Morales-Males, a native and citizen of Ecuador, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her request for a continuance. We have

jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

a continuance, and review de novo constitutional claims. *Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008). We deny the petition for review.

The agency did not abuse its discretion in denying Morales-Males' motion for a continuance, where she failed to demonstrate good cause. *See* 8 C.F.R. § 1003.29; *see also Sandoval-Luna*, 526 F.3d at 1247 (denial of a motion to continue was not an abuse of discretion where relief was not immediately available to petitioner). It follows that Morales-Males' due process claim fails. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**